# Order

Michigan Supreme Court
Lansing, Michigan

November 25, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147837(73)

PEOPLE OF THE STATE OF MICHIGAN,
                Plaintiff-Appellee,

v                                                    SC: 147837
                                                     COA: 305972
                                                     Wayne CC: 10-012843-FC

RICKY DARNELL SCOTT,
                Defendant-Appellant.

_____/

On order of the Court, the motion for reconsideration of this Court's March 28, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2014


                                                     Clerk

d1117